IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : Criminal No. 3:12:170 |
| | : |
| MICHAEL F. HARRIS | : |

## DEFENDANT'S PROPOSED WITNESS LIST

Comes now, the defendant, Michael Harris, by and through his undersigned counsel, and submits his proposed witness list for the upcoming trial scheduled to commence on Monday, February 25, 2013 at 9:30 a.m.

Rodney Sparks

Stephen Cochran

Bill Alshire

William Brockman

Troy Shields

Janet Delcastillo

John Brewbaker

Lisa Reichwein

Anthony Voccia

Lynn Payne

Anne Marie Prochera

Frank Roth

Jason Jenkins

                              Respectfully submitted,

                 By:     _____/s/ _____
                                 Counsel

Robert J. Wagner
VA Bar No. 27493
Office of the Federal Public Defender
701 E. Main Street, Suite 3600
Richmond, Virginia 23219
robert_wagner@fd.org
804.565.0808
804.648.5033 (fax)

Nicholas R. Klaiber
VA Bar No. 80563
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
804.697.1467
804.698.6017 (fax)

# CERTIFICATE OF SERVICE

   I certify that on this 22nd day of February, 2013, the foregoing Defendant Michael Harris's Defendant's Proposed Witness List was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such a filing (NEF) to the following:

      Michael Gill
      Gauhar Naseem
      Assistant United States Attorneys
      600 E. Main Street, Suite 1800
      Richmond, Virginia 23219

              /s/
      Robert J. Wagner
      VA Bar No. 27493
      Office of the Federal Public Defender
      701 E. Main Street, Suite 3600
      Richmond, Virginia  23219
      robert_wagner@fd.org
      804.565.0808
      804.648.5033 (fax)