IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:12CR170 (HEH) |
| | ) | |
| MICHAEL F. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' FIRST AMENDED WITNESS LIST

The United States Attorney for the Eastern District of Virginia, by and through the undersigned Assistant United States Attorneys, files the Government's First Amended Witness List in this case as follows:

| Number | Probable Witnesses |
|---|---|
| 1. | Rosalie Baker<br>Maryland |
| 2. | Marcelo Bellato<br>San Diego, California |
| 3. | Erika Carrier<br>Castleton, Virginia |
| 4. | Russell Carrier<br>Castleton, Virginia |
| 5. | Myranda Caudill<br>Luray, Virginia |
| 6. | Diane Desch<br>Richmond, Virginia |
| 7. | David Evans<br>Portsmouth, Virginia |
| 8. | Nicole Gentry<br>Fredericksburg, Virginia |

| Number | Probable Witnesses |
|---|---|
| 9. | Special Agent Brad Gregor<br>Federal Bureau of Investigation<br>Fredericksburg, Virginia |
| 10. | Brian Hanlon<br>U.S. Patent and Trademark Office |
| 11. | Special Agent Tim Huff<br>Federal Bureau of Investigation<br>Fredericksburg, Virginia |
| 12. | Tim Kanagy<br>West Virginia |
| 13. | Peter McGivney<br>National Steeplechase Assn Inc<br>Elkton, Maryland |
| 14. | Maj. Joseph Newcomb<br>Hubert, North Carolina |
| 15. | John Pinyerd<br>Marietta, Georgia |
| 16. | Sandra Raynor<br>RELS Title<br>Front Royal, Virginia |
| 17. | Katie Ritter<br>Monkton, Maryland |
| 18. | Burt Swain<br>Goodman and Company<br>Rockville, Maryland |
| 19. | Wendy Thrane<br>Weichert Relators<br>Front Royal, Virginia |
| 20. | Special Agent Julio Tobar<br>Federal Bureau of Investigation |
| 21. | John "Ted" Marosi<br>Bay Village, Ohio |

| Number | Probable Witnesses |
|---|---|
| 22. | Steve Weiner<br>Marlton, New Jersey |
| 23. | Analyst Cindy Williamson<br>National White Collar Crime Center<br>Richmond, Virginia |

| Number | Possible Witnesses |
|---|---|
| 1. | Custodian of Records<br>eBay / Paypal |
| 2. | David Brandt<br>Brandt and Associates<br>Alexandria, Virginia |
| 3. | Nancy Guerrero<br>Goodman and Company<br>Rockville, Maryland |
| 4. | Julie Hagan<br>Poolesville, Maryland |
| 5. | Dr. Colette Moussali<br>Richmond, Virginia |
| 6. | Patricia Lynn Payne<br>Fredericksburg, Virginia |
| 7. | Lisa Reichwein<br>Fredericksburg, Virginia |
| 8. | Bill Ward<br>State Corporation Commission<br>Richmond, Virginia |

Respectfully submitted,

Neil H. MacBride
UNITED STATES ATTORNEY



_____/s/_____
Michael R. Gill
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Phone: 804/819-5400
Fax: 804/771-2316
Email: mike.gill@usdoj.gov



_____/s/_____
Gauhar R. Naseem
Special Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Phone: 804/819-5400
Fax: 804/771-2316
Email: gauhar.naseem@scc.virginia.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 23rd day of February 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record, including defense counsel:

**Robert James Wagner**
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219
Email: robert_wagner@fd.org

**Nicholas Richard Klaiber**
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
Richmond, VA 23219
Email: nicholas.klaiber@troutmansanders.com

          /s/
          Michael R. Gill
          Assistant United States Attorney