**CRIMINAL TRIAL PROCEEDINGS**
MINUTE SHEET

DATE: 2-25-2013

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>UNITED STATES OF AMERICA<br>v.<br>MICHAEL F. HARRIS | CRIMINAL NO: 3:12CR00170<br><br>JUDGE: HUDSON<br><br>CT REPORTER: LISCIO, OCR |

MATTER COMES ON FOR:  JURY TRIAL ( ✓ )    BENCH TRIAL ( )

APPEARANCES:    DEFT WITH COUNSEL __Robert J. Wagner & Nicholas R. Klaiber__, ESQ. ( X )
GOV'T __Michael R. Gill & Gauhar R. Naseem__, AUSA ( X )
JURY PRESENT ( ✓ )

BAIL STATUS:    DEFENDANT ON BOND ( ✓ )    DFT. INCARCERATED ( )

**TRIAL PROCEEDINGS:**
JURY SWORN & EXAMINED ON VOIR DIRE ( ✓ ) JURY EMPANELED & SWORN TO TRY ISSUE ( ✓ )
WITNESSES EXCLUDED ON MOTION OF:  GOV'T ( ✓ ) DEFENDANT ( ) COURT ( )
OPENING STATEMENTS MADE ( ✓ )    OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE ( ✓ ) RESTED ( ) MOTION ( ) _____
DEFENDANT ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED    ( )  SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )
JURY CHARGED BY THE COURT ( )    ALTERNATE JUROR DISCHARGED ( )
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
     DEFENDANT ( )    GOVERNMENT ( )    NONE NOTED ( )
JURY RETIRED ( ) at _____ a.m./p.m.    INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )
JURY RETURNED VERDICT OF:    GUILTY AS CHARGED IN _____ ( )
                 NOT GUILTY AS CHARGED IN _____ ( )
JURY UNABLE TO AGREE ( )    MISTRIAL DECLARED ( )    JURY DISCHARGED ( )
JUDGMENT:  DEFENDANT _____ AS CHARGED IN _____ ( )
PSR ORDERED ( ) or WAIVED BY THE DEFENDANT ( )    SGO ENTERED ( )

CASE CON'T TO : __Feb. 26__, 20_13_ AT _9:00 AM_ FOR __Jury Trial, Day 2__ ( ✓ )

DEFENDANT CONTINUED ON PRESENT BOND ( ✓ )    DEFENDANT REMANDED TO CUSTODY ( )

ALL EXHIBITS RETURNED TO COUNSEL ( ) _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FURTHER NOTATIONS: _____

__Recesses > 11:20-11:40, 12:55-2:04, 3:40-4:00__

SET: _9:30_ BEGAN: _9:40_ ENDED: _5:25_    TIME IN COURT: _5_ HRS _56_ MIN.

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | VIRGINIA  (Richmond Division) |
|---|---|---|

UNITED STATES OF AMERICA
V.
MICHAEL F. HARRIS

## EXHIBIT AND WITNESS LIST

Case Number:  3:12CR00170-HEH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HUDSON | MICHAEL R. GILL, AUSA | ROBERT WAGNER, ESQ. |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| FEBRUARY 25, 2013 (DAY 1) | LISCIO, OCR | PIZZINI |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **GOVERNMENT** |
| 35 | | 2-25-13 | | ✓ | David Evans |
| 36-37 | | | | ✓ | |
| 38 | | | | ✓ | |
| 39 | | | | ✓ | |
| 40 | | | | ✓ | |
| | 53 | | | | White 3-Ring Binder |
| 35 | | | | ✓ | |
| 161 | | | | ✓ | Diane Desch |
| 88 | | | | ✓ | |
| 89 | | | | ✓ | |
| 90 | | | | ✓ | |
| 91 | | | | ✓ | |
| 92-94 | | | | ✓ | |
| 95 | | | | ✓ | |
| 96 | | | | ✓ | |
| 97 | | | | ✓ | |
| 99 | | | | ✓ | |
| | 53 | | | | |
| | 53A | | | ✓ | |
| 26 | | | | ✓ | Nicole Gentry |
| 161 | | | | ✓ | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | vs. | MICHAEL F. HARRIS | CASE NO. 3:12CR00170-HEH |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | GOV'T. |
| 25 | | 2-25-13 | | ✓ | (Nicole Gentry, con't.) |
| 27 | | | | ✓ | |
| 28 | | | | ✓ | |
| 29 | | | | ✓ | |
| 30 | | | | ✓ | |
| 53 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |