CRIMINAL TRIAL PROCEEDINGS
MINUTE SHEET

DATE: 2-26-2013

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>UNITED STATES OF AMERICA<br>V.<br>MICHAEL F. HARRIS | CRIMINAL NO: 3:12CR00170<br><br>JUDGE: HUDSON<br><br>CT REPORTER: LISCIO, OCR |

MATTER COMES ON FOR: JURY TRIAL ( ✓ )  BENCH TRIAL ( )
Day 2
APPEARANCES:  DEFT WITH COUNSEL ___Robert J. Wagner & Nicholas R. Klaiber___, ESQ. ( X )
   GOV'T ___Michael R. Gill & Gauhar R. Naseem___, AUSA ( X )
   JURY PRESENT ( )

BAIL STATUS:  DEFENDANT ON BOND ( ✓ )  DFT. INCARCERATED ( )

**TRIAL PROCEEDINGS:**
JURY SWORN & EXAMINED ON VOIR DIRE ( )  JURY EMPANELED & SWORN TO TRY ISSUE ( )
WITNESSES EXCLUDED ON MOTION OF: GOV'T ( )  DEFENDANT ( )  COURT ( )
OPENING STATEMENTS MADE ( )  OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE ( ✓ )  RESTED ( )  MOTION ( ) _____
DEFENDANT ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )  SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )  ARGUMENTS OF COUNSEL HEARD ( )
JURY CHARGED BY THE COURT ( )  ALTERNATE JUROR DISCHARGED ( )
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
   DEFENDANT ( )  GOVERNMENT ( )  NONE NOTED ( )
JURY RETIRED ( ) at _____ a.m./p.m.  INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )
JURY RETURNED VERDICT OF:  GUILTY AS CHARGED IN _____ ( )
   NOT GUILTY AS CHARGED IN _____ ( )
JURY UNABLE TO AGREE ( )  MISTRIAL DECLARED ( )  JURY DISCHARGED ( )
JUDGMENT: DEFENDANT _____ AS CHARGED IN _____ ( )
PSR ORDERED ( ) or WAIVED BY THE DEFENDANT ( )  SGO ENTERED ( )

CASE CON'T TO: __Feb. 27__, 20_13_ AT _9:00 AM_ FOR _Jury Trial, Day 3_ ( ✓ )

DEFENDANT CONTINUED ON PRESENT BOND ( ✓ )  DEFENDANT REMANDED TO CUSTODY ( )

ALL EXHIBITS RETURNED TO COUNSEL ( ) _____

FURTHER NOTATIONS: _____

Recesses) 10:25-10:41, 12:56-2:05, 3:35-3:50

SET: 9:00  BEGAN: 9:08  ENDED: 5:21  TIME IN COURT: 6 HRS 33 MIN.

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | VIRGINIA (Richmond Division) |
|---|---|---|

| UNITED STATES OF AMERICA<br>V.<br>MICHAEL F. HARRIS | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 3:12CR00170-HEH |
|---|---|

| PRESIDING JUDGE<br>HUDSON | PLAINTIFF'S ATTORNEY<br>MICHAEL R. GILL, AUSA | DEFENDANT'S ATTORNEY<br>ROBERT WAGNER, ESQ. |
|---|---|---|
| TRIAL DATE (S)<br>FEBRUARY 26, 2013 (DAY 2) | COURT REPORTER<br>LISCIO, OCR | COURTROOM DEPUTY<br>PIZZINI |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **GOVERNMENT** |
| 161 | | 2-26-13 | | ✓ | Erika Carrier |
| 75-77 | | | | ✓ | |
| 78-81 | | | | ✓ | |
| 82-83 | | | | ✓ | |
| 85-86 | | | | ✓ | |
| | 53 | | | | white 3-Ring Binder |
| | 54 | | | | |
| 84 | | | | ✓ | (redacted) |
| 161 | | | | ✓ | Russell Carrier, Jr. |
| 79 | | | | ✓ | |
| 80 | | | | ✓ | |
| 83 | | | | ✓ | |
| 78-79 | | | | ✓ | |
| | 53 | | | | |
| | 53A | | | ✓ | |
| 84 | | | | ✓ | |
| 167 | | | | ✓ | Julio Tobar |
| 165-166 | | | | ✓ | |
| | 58 | | | | |
| | 53A | | | ✓ | |
| 168-170 | | | | ✓ | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | UNITED STATES OF AMERICA vs. MICHAEL F. HARRIS — CASE NO. 3:12CR00170-HEH |
| | | | | | GOV'T. |
| 5 | | 2-26-13 | | ✓ | Marcelo Bellato |
| 161 | | | | ✓ | |
| 10 | | | | ✓ | |
| 11 | | | | ✓ | |
| 12 | | | | ✓ | |
| 18 | | | | ✓ | |
| 19 | | | | ✓ | |
| 10 | | | | ✓ | |
| | 53A | | | ✓ | |
| 244 | | | | ✓ | Peter McGivney |
| 68 | | | | ✓ | John Marosi |
| 13-14 | | | | ✓ | |
| 15 | | | | ✓ | |
| 246 | | | | ✓ | |
| 16 | | | | ✓ | |
| 17 | | | | ✓ | |
| 20 | | | | ✓ | |
| 21 | | | | ✓ | |
| | 27 | | | ✓ | |
| 7 | | | | ✓ | |
| 13 | | | | ✓ | |
| 17 | | | | ✓ | |
| | 26 | | | ✓ | |
| 6 | | | | ✓ | |
| 21 | | | | ✓ | |
| | 29 | | | ✓ | |
| 16 | | | | ✓ | |
| | 27 | | | ✓ | |

| UNITED STATES OF AMERICA vs. MICHAEL F. HARRIS | | | | | CASE NO. 3:12CR00170-HEH |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | GOV'T. |
| 176 | | 2-26-13 | | ✓ | Steve Weiner |
| 177-179 | | | | ✓ | |
| 140 | | | | ✓ | Wendy Thrane |
| 141 | | | | ✓ | |
| 142 | | | | ✓ | Sandra Raynor |
| 143 | | | | ✓ | |