**CRIMINAL TRIAL PROCEEDINGS**
MINUTE SHEET

DATE: 2-27-2013

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>UNITED STATES OF AMERICA<br>v.<br>MICHAEL F. HARRIS | CRIMINAL NO: 3:12CR00170<br><br>JUDGE: HUDSON<br><br>CT REPORTER: LISCIO, OCR |

MATTER COMES ON FOR:  JURY TRIAL ( ✓ )  BENCH TRIAL ( )

_Day 3_

APPEARANCES:  DEFT WITH COUNSEL ___Robert J. Wagner & Nicholas R. Klaiber___, ESQ. ( X )
GOV'T ___Michael R. Gill & Gauhar R. Naseem___, AUSA ( X )
JURY PRESENT ( ✓ )

BAIL STATUS:  DEFENDANT ON BOND ( )  DFT. INCARCERATED ( )

**TRIAL PROCEEDINGS:**
JURY SWORN & EXAMINED ON VOIR DIRE ( )  JURY EMPANELED & SWORN TO TRY ISSUE ( )
WITNESSES EXCLUDED ON MOTION OF: GOV'T ( )  DEFENDANT ( )  COURT ( )
OPENING STATEMENTS MADE ( )  OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE ( ✓ )  RESTED ( )  MOTION ( ) _____
DEFENDANT ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )  SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )  ARGUMENTS OF COUNSEL HEARD ( )
JURY CHARGED BY THE COURT ( )  ALTERNATE JUROR DISCHARGED ( )
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
DEFENDANT ( )  GOVERNMENT ( )  NONE NOTED ( )
JURY RETIRED ( ) at _____ a.m./p.m.  INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )
JURY RETURNED VERDICT OF:  GUILTY AS CHARGED IN _____ ( )
NOT GUILTY AS CHARGED IN _____ ( )
JURY UNABLE TO AGREE ( )  MISTRIAL DECLARED ( )  JURY DISCHARGED ( )
JUDGMENT:  DEFENDANT _____ AS CHARGED IN _____ ( )
PSR ORDERED ( ) or WAIVED BY THE DEFENDANT ( )  SGO ENTERED ( )

CASE CON'T TO : _Feb. 28_, 20_13_ AT _9:00 AM_ FOR _Jury Trial, Day 4_ ( )

DEFENDANT CONTINUED ON PRESENT BOND ( ✓ )  DEFENDANT REMANDED TO CUSTODY ( )

ALL EXHIBITS RETURNED TO COUNSEL ( ) _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FURTHER NOTATIONS: _____

_Recesses> 10:30 - 10:47, 1:02 - 2:04, 3:40 - 3:58_

SET: _9:00_  BEGAN: _9:04_  ENDED: _5:36_  TIME IN COURT: _6_ HRS _55_ MIN.

# UNITED STATES DISTRICT COURT

EASTERN      DISTRICT OF      VIRGINIA (Richmond Division)

UNITED STATES OF AMERICA

V.

MICHAEL F. HARRIS

## EXHIBIT AND WITNESS LIST

Case Number: 3:12CR00170-HEH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HUDSON | MICHAEL R. GILL, AUSA | ROBERT WAGNER, ESQ. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| FEBRUARY 27, 2013 (DAY 3) | LISCIO, OCR | PIZZINI |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **GOVERNMENT** |
| 236 | | 2-27-13 | | ✓ | Myranda Caudill |
| 238 | | | | ✓ | |
| 140 | | | | ✓ | |
| | 53 | | | | |
| 120-124 | | | | ✓ | Rosalie Baker |
| 131 | | | | | ( demonstrative ) |
| 130 | | | | ✓ | |
| 179 | | | | ✓ | |
| 135 | | | | ✓ | (page 1) |
| 130 | | | | ✓ | |
| 136 | | | | ✓ | |
| 125 | | | | ✓ | |
| 126 | | | | ✓ | |
| 130 | | | | ✓ | |
| 84 | | | | ✓ | |
| 111 | | | | ✓ | Joseph Newcomb |
| 161 | | | | ✓ | |
| 113 | | | | ✓ | |
| 112 | | | | ✓ | |
| 114 | | | | ✓ | |
| 155 | | | | ✓ | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | | vs. | MICHAEL F. HARRIS | CASE NO. | |
|---|---|---|---|---|---|---|
| | | | | | 3:12CR00170-HEH | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | | | | | GOV'T. | |
| 84 | 44 | 2-27-13 | | ✓ | ( Joseph Newcomb, con't.) | |
| | 44 | | | ✓ | | |
| 155 | | | | ✓ | Timothy Huff | |
| 157-159 | | | | ✓ | | |
| 239 | | | | ✓ | Brian Hanlon | |
| 240 | | | | ✓ | | |
| 241 | | | | ✓ | | |
| 242 | | | | ✓ | | |
| 243 | | | | ✓ | | |
| 245 | | | | ✓ | | |
| 190-194 | | | | ✓ | John Pinyerd | |
| | 57 | | | ✓ | website page ← USA cande | |
| 45 | | | | ✓ | Katie Ritter | |
| 46 | | | | ✓ | | |
| 47 | | | | ✓ | | |
| 48 | | | | ✓ | | |
| 49 | | | | ✓ | | |
| 161 | | | | ✓ | | |
| 50 | | | | ✓ | | |
| 51-52 | | | | ✓ | | |
| 53 | | | | ✓ | | |
| 54 | | | | ✓ | | |
| 55 | | | | ✓ | | |
| 56 | | | | ✓ | | |
| 57 | | | | ✓ | | |
| 58 | | | | ✓ | | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. MICHAEL F. HARRIS | | | | | CASE NO. 3:12CR00170-HEH |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | GOV'T. |
| 59 | | 2-27-13 | | ✓ | (Katie Ritter, con't.) |
| 60 | | | | ✓ | |
| 61 | | | | ✓ | |
| 62-63 | | | | ✓ | |
| 147 | | | | ✓ | |
| 148 | | | | — | (demonstrative) |
| 64-67 | | | | ✓ | |
| 68 | | | | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |