# CRIMINAL TRIAL PROCEEDINGS
## MINUTE SHEET

DATE: 2-28-2013

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>UNITED STATES OF AMERICA<br>v.<br>MICHAEL F. HARRIS | CRIMINAL NO: 3:12CR00170<br><br>JUDGE: HUDSON<br><br>CT REPORTER: LISCIO, OCR |

MATTER COMES ON FOR: JURY TRIAL (✓) BENCH TRIAL ( )  Day 4

APPEARANCES: DEFT WITH COUNSEL __Robert J. Wagner & Nicholas R. Klaiber__, ESQ. (X)
GOV'T __Michael R. Gill & Gauhar R. Naseem__, AUSA (X)
JURY PRESENT ( )

BAIL STATUS: DEFENDANT ON BOND (✓) DFT. INCARCERATED ( )

**TRIAL PROCEEDINGS:**
JURY SWORN & EXAMINED ON VOIR DIRE ( ) JURY EMPANELED & SWORN TO TRY ISSUE ( )
WITNESSES EXCLUDED ON MOTION OF: GOV'T ( ) DEFENDANT ( ) COURT ( )
OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE (✓) RESTED (✓) MOTION (✓/A)
DEFENDANT ADDUCED EVIDENCE (✓) RESTED (✓) MOTION (✓/B)
REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED (✓) ARGUMENTS OF COUNSEL HEARD ( )
JURY CHARGED BY THE COURT ( ) ALTERNATE JUROR DISCHARGED ( )
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
  DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED ( )
JURY RETIRED ( ) at _____ a.m./p.m. INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )
JURY RETURNED VERDICT OF: GUILTY AS CHARGED IN _____ ( )
  NOT GUILTY AS CHARGED IN _____ ( )
JURY UNABLE TO AGREE ( ) MISTRIAL DECLARED ( ) JURY DISCHARGED ( )
JUDGMENT: DEFENDANT _____ AS CHARGED IN _____ ( )
PSR ORDERED ( ) or WAIVED BY THE DEFENDANT ( ) SGO ENTERED ( )

CASE CON'T TO: __March 1__, 2013 AT __10:00 AM__ FOR __Jury Trial, Day 5__ (✓)

DEFENDANT CONTINUED ON PRESENT BOND (✓) DEFENDANT REMANDED TO CUSTODY ( )

ALL EXHIBITS RETURNED TO COUNSEL ( ) _____

FURTHER NOTATIONS: __See page 2__

Recesses → 10:15-10:32, 1:03-2:05, 3:00-3:18

SET: 9:00  BEGAN: 9:03  ENDED: 4:45  TIME IN COURT: 6 HRS 05 MIN

**MINUTE SHEET, CON'T.**
United States of America v. Michael F. Harris
Criminal Action No. 3:12CR00170-HEH
February 28, 2013

FURTHER NOTATIONS:

[A]   Defendant's Motion to Dismiss for lack of venue as to Counts 3 and 4.
      Motion taken under advisement by Court.

      Defendant's Motion for Judgment of Acquittal under Rule 29.
      Argument heard.
      Findings given from the Bench; motion denied as to all counts.

[B]   Defendant's renewed Motion for Judgment of Acquittal under Rule 29.
      Motion denied for reasons as stated previously.

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __VIRGINIA (Richmond Division)__

UNITED STATES OF AMERICA
V.
MICHAEL F. HARRIS

## EXHIBIT AND WITNESS LIST

Case Number: 3:12CR00170-HEH

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|
| HUDSON | | MICHAEL R. GILL, AUSA | | ROBERT WAGNER, ESQ. | |
| TRIAL DATE(S) | | COURT REPORTER | | COURTROOM DEPUTY | |
| FEBRUARY 28, 2013 (DAY 4) | | LISCIO, OCR | | PIZZINI | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **GOVERNMENT** |
| | 33 | 2-28-13 | | ✓ | Katie Ritter (con't. from 2-27-2013) |
| 1 | | | | ✓ | Brad Gregor |
| 140 | | | | ✓ | |
| 161 | | | | ✓ | |
| 180 | | | | ✓ | |
| | 58 | | | | Letter from Nancy Ferguson |
| | 59 | | | | 302 Form RE: Diane Desch |
| | 60 | | | | MOI of David Evans |
| 162-163 | | | | ✓ | } Exhibits admitted by agreement |
| | 57A | | | ✓ | / of Gov't. and counsel |
| 198-199 | | | | ✓ | Cindy Williamson (rec'd as expert) |
| 200 | | | | ✓ | |
| 201 | | | | ✓ | |
| 202 | | | | ✓ | |
| 203 | | | | ✓ | |
| 204 | | | | ✓ | |
| 205 | | | | ✓ | |
| 206 | | | | ✓ | |
| 207-208 | | | | ✓ | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

| UNITED STATES OF AMERICA vs. MICHAEL F. HARRIS | | | | | CASE NO. 3:12CR00170-HEH | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | | | GOV'T. (Cindy Williamson, con't.) | |
| 209 | | 2-28-13 | | ✓ | | |
| 210 | | | | ✓ | | |
| 178 | | | | ✓ | | |
| 179 | | | | ✓ | | |
| 216 | | | | ✓ | | |
| 225 | | | | ✓ | | |
| 217 | | | | ✓ | | |
| 218 | | | | ✓ | | |
| 130 | | | | ✓ | | |
| 213 | | | | ✓ | | |
| 211 | | | | ✓ | | |
| 132-135 | | | | ✓ | | |
| 214-215 | | | | ✓ | | |
| 219 | | | | ✓ | | |
| 220-221 | | | | ✓ | | |
| 224 | | | | ✓ | | |
| 130 | | | | ✓ | | |
| 222 | | | | ✓ | | |
| 22-23 | | | | ✓ | | |
| 34 | | | | ✓ | | |
| 181 | | | | ✓ | | |
| 41-42 | | | | ✓ | | |
| 70-71 | | | | ✓ | | |
| 87 | | | | ✓ | | |
| 87-1 | | | | ✓ | | |
| 100-103 | | | | ✓ | | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. MICHAEL F. HARRIS | | | | | CASE NO. 3:12CR00170-HEH |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | GOV'T. |
| 228 | | 2-28-13 | | ✓ | (Cindy Williamson, con't.) |
| 233 | | | | ✓ | |
| 235 | | | | ✓ | |
| 229 | | | | ✓ | |
| 230 | | | | ✓ | |
| 232 | | | | ✓ | |
| 234 | | | | ✓ | |
| 206 | | | | ✓ | |
| 203 | | | | ✓ | |
| | 5 | | | ✓ | Worksheet – Delaney payments |
| 247 | | | | ✓ | (redacted) |
| | | | | | |
| 246 | | | | ✓ | Stipulations → Read into record by AUSA |
| | | | | | |
| | | | | | DEFT. |
| 243 | | | | ✓ | Rodney Sparks |
| | 2 | | | ✓ | |
| | 14 | | | ✓ | |
| 250 | | | | ✓ | Frank Roth |