CRIMINAL TRIAL PROCEEDINGS
MINUTE SHEET

DATE: 3-4-2013

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>UNITED STATES OF AMERICA<br>v.<br>MICHAEL F. HARRIS | CRIMINAL NO: 3:12CR00170<br><br>JUDGE: HUDSON<br><br>CT REPORTER: LISCIO, OCR |

MATTER COMES ON FOR: JURY TRIAL (✓)  BENCH TRIAL ( )

APPEARANCES: DEFT WITH COUNSEL  Day 6  Robert J. Wagner & Nicholas R. Klaiber , ESQ. ( X )
GOV'T _____ Michael R. Gill & Gauhar R. Naseem _____, AUSA ( X )
JURY PRESENT (✓)

BAIL STATUS: DEFENDANT ON BOND (✓)  DFT. INCARCERATED ( )

**TRIAL PROCEEDINGS:**
JURY SWORN & EXAMINED ON VOIR DIRE ( )  JURY EMPANELED & SWORN TO TRY ISSUE ( )
WITNESSES EXCLUDED ON MOTION OF: GOV'T ( ) DEFENDANT ( ) COURT ( )
OPENING STATEMENTS MADE ( )     OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
DEFENDANT ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )
JURY CHARGED BY THE COURT ( )     ALTERNATE JUROR DISCHARGED ( )
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
    DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED ( )
*JURY RETIRED ( ) at _____ a.m./p.m.   INQUIRIES OF THE JURY RECEIVED; ANSWERED (✓)
*JURY RETURNED VERDICT OF: GUILTY AS CHARGED IN  Counts 3-8  (✓)
  @ 1:20 pm         NOT GUILTY AS CHARGED IN _____ ( )
JURY UNABLE TO AGREE ( )  MISTRIAL DECLARED ( )  JURY DISCHARGED (✓)
JUDGMENT: DEFENDANT  Guilty  AS CHARGED IN  Counts 3-8  (✓)
PSR ORDERED (✓ or WAIVED BY THE DEFENDANT ( )   SGO ENTERED (✓)

CASE CON'T TO:  June 11 , 2013 AT  2:00 PM  FOR  Sentencing  (✓)
Deft's motion for continuation of Bond; Denied
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFENDANT REMANDED TO CUSTODY (✓)

ALL EXHIBITS RETURNED TO COUNSEL (✓)  G Ex 155 returned to case agent

.................................................................

FURTHER NOTATIONS: *Jury deliberations resumed at 9:05 AM

Recesses> 9:05-9:40, 9:45-10:13, 10:15-11:00,
11:05-12:18, 12:20-1:20

SET: 9:00  BEGAN: 9:05  ENDED: 1:27  TIME IN COURT: ___ HRS  21 MIN.

| Exhibit Number | Description |
|---|---|
| | **M.F. Harris Research, Inc. Computer Materials** |
| 155 | Hard drive containing information obtained by Joseph Newcomb from Defendant's computer |
| 157 | November 1, 2010 Notice to Shareholders regarding Shareholders Meeting from hard drive |
| 158 | Notice of Meeting of Shareholders to be held on December 20, 2008 from hard drive |
| 159 | MF Harris Research, Inc. Stock Certificate Issued list from hard drive |
| 160 | Harris Research, Inc. 2010 Shareholder Master List from hard drive |
| 161 | The Dark Horse Project PowerPoint Presentation from hard drive |
| 162 | Stellar One Bank records retrieved from hard drive |
| 163 | Wachovia Bank Records retrieved from hard drive |

Q: CAN WE RECEIVE AN EXHIBIT LIST THAT SPECIFICALLY IDENTIFY THE ITEMS ON THE HARD DRIVE.

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

3/4/2010 10 AM

U.S. v. Michael Harris
Case No.: 3:12CR170
March 4, 2013

**Question No. 2:**

Does email/Internet and text messaging constitute "the use of wire, radio or television communication facility" as provided in Instruction #34, paragraph 3?

**Answer:**

An email, text message or Internet communication in the form of a writing, signal, picture or sound, transmitted by wire in interstate commerce, if done with the intent to defraud, or in furtherance of a scheme to defraud, can constitute a violation of the wire fraud statute.

Q: Does email/internet and text messaging constitute "the use of wire, radio, or television communication facility" as provided in instruction #34, paragraph 3?

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office    3/4/13    10:25 a.

U.S. v. Michael Harris
Case No.: 3:12CR170
March 4, 2013

**Question No. 3:**

By definition is a wire transfer from one bank to another assumed to be interstate commerce by its nature? That is, with geographic diversity of computer servers, can they be assumed to be interstate?

**Answer:**

The wire fraud statute requires proof beyond a reasonable doubt of an interstate communication.

Q: BY DEFINITION IS A WIRE TRANFER FROM ONE BANK TO ANOTHER ASSUMED TO BE INTERSTATE BY ITS NATURE? THAT IS, WITH GEOGRAPHIC DIVERSITY OF COMPUTER SERVERS CAN THEY BE ASSUMED TO BE INTERSTATE.

3/4/13 11:55

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office