IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
IN OPEN COURT

MAR 4 2013

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:12CR170 |
| | ) | |
| MICHAEL F. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

### COUNT THREE
(Securities Fraud)

We, the jury, unanimously find the defendant, MICHAEL F. HARRIS,

__GUILTY__ as charged in Count Three of the Indictment.
(Guilty or Not Guilty)

Additionally, we unanimously __FIND__, by a preponderance of the
(Find or Do Not Find)

evidence, that MICHAEL F. HARRIS engaged in lulling at the 2010 Shareholders

Meeting in McLean, Virginia, as charged in Count Three of the Indictment.

### COUNT FOUR
(Securities Fraud)

We, the jury, unanimously find the defendant, MICHAEL F. HARRIS,

__GUILTY__ as charged in Count Four of the Indictment.
(Guilty or Not Guilty)

Additionally, we unanimously __FIND__, by a preponderance of the
(Find or Do Not Find)

evidence, that MICHAEL F. HARRIS engaged in lulling at the 2010 Shareholders

Meeting in McLean, Virginia, as charged in Count Four of the Indictment.

## COUNT FIVE
(Wire Fraud)

We, the jury, unanimously find the defendant, MICHAEL F. HARRIS,

___GUILTY___ as charged in Count Five of the Indictment.
(Guilty or Not Guilty)

## COUNT SIX
(Wire Fraud)

We, the jury, unanimously find the defendant, MICHAEL F. HARRIS,

___GUILTY___ as charged in Count Six of the Indictment.
(Guilty or Not Guilty)

## COUNT SEVEN
(Wire Fraud)

We, the jury, unanimously find the defendant, MICHAEL F. HARRIS,

___GUILTY___ as charged in Count Seven of the Indictment.
(Guilty or Not Guilty)

## COUNT EIGHT
(Mail Fraud)

We, the jury, unanimously find the defendant, MICHAEL F. HARRIS,

___GUILTY___ as charged in Count Eight of the Indictment.
(Guilty or Not Guilty)

So Say We All, this ___4TH___ day of March, 2013.

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON