IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) </br> ) </br> ) |
| v. | ) </br> ) **Criminal No. 3:12CR170** </br> ) |
| MICHAEL F. HARRIS, | ) </br> ) |
| Defendant. | ) </br> ) |

## AMENDMENT TO RESTRAINING ORDER

This matter having come before this Court on the motion of the United States of America to amend the restraining order previously entered on November 5, 2012 pursuant to 21 U.S.C. § 853(e)(1)(A), as incorporated by 28 U.S.C. § 2461(c), enjoining the defendant from dissipating assets up to the sum of $880,000.00, and

IT APPEARING TO THE COURT THAT the United States has identified assets that are subject to criminal forfeiture, including assets that have been transferred to a third party post-indictment,

IT IS HEREBY ORDERED:

that M.F. Harris Research, Inc., its agents, representatives, and attorneys, are hereby ENJOINED and RESTRAINED from transferring, selling, assigning, pledging, distributing giving away, encumbering or otherwise participating in the disposal of (by transfer of stock or otherwise) the following property:

> "Methods for the Treatment of HIV and Other Viruses," described in U.S. Provisional Patent Application Serial No. 60/278,141 filed March 23, 2001; International Patent Application Serial No. PCT/US/02/09416 filed March 25,

2003; U.S. Patent Application 10/660,429 filed September 12, 2003; and U.S. Patent Number 7,503,322 and any subsequent patent applications claiming priority thereto . . .

IT IS FURTHER ORDERED THAT:

the defendant, Michael F. Harris, is hereby ENJOINED and RESTRAINED from transferring, selling, assigning, pledging, distributing giving away, encumbering or otherwise participating in the disposal of (by transfer of stock or otherwise) the following property:

100,000,001.00 shares of stock in M.F. Harris Research, Inc.

This Amendment is hereby incorporated into the original Restraining Order dated November 5, 2012. In all other respects, the Restraining Order remains in full force and effect.

The United States is directed to serve a copy of this order on the defendant, counsel for the defendant, and any other entity or individual the Government believes may be in possession of property effected by this Order.

Let the Clerk send 10 certified copies of this order to counsel for the United States.

SO ORDERED this __7__ day of March, 2013.

/s/
Henry E. Hudson
United States District Judge

2